UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

AMINNETTE GARCIA-CORTEZ,

        Plaintiff,

v.

PROSPECT FINANCIAL GROUP INC.
d/b/a PROSPECT HOME FINANCE,

        Defendant.
_____/

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1441 and 1446, Defendant Prospect Financial Group Inc. d/b/a/ Prospect Home Finance ("Prospect Home Finance") removes the civil action *Aminnette Garcia-Cortez v. Prospect Home Finance, Inc.*, No. 2021-019504-CA-01 (Fla. Cir. Ct.), to the U.S. District Court for the Southern District of Florida, which is the district and division embracing the place where such action is pending. As required by 28 U.S.C. § 1446(a), the grounds for removal—together with a copy of all process, pleadings, and orders served on Prospect Home Finance—are set forth below and attached as exhibits hereto.

    1.    On August 18, 2021, Plaintiff Aminnette Garcia-Cortez filed in the Eleventh Judicial Circuit a class-action complaint against Prospect Home Finance for violation of the Florida Telephone Solicitation Act. *See* Exhibit A.

    2.    On August 25, 2021, Plaintiff effected service of process on Prospect Home Finance. *See* Exhibit B: Return of Service.

    3.    On October 26, 2021, Prospect Home Finance filed its Answer and Affirmative Defenses. *See* Exhibit C.

4. The state court has entered various non-substantive procedural orders. *See* Exhibit D.

5. On February 3, 2022, Plaintiff filed against Prospect Home Finance a first-amended class-action complaint. *See* Exhibit E. As relevant here, the amended complaint asserted a count for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)—that is, a count arising under a law of the United States.

6. The case stated by the initial complaint was not removable. Thus, as required by 28 U.S.C § 1446(b)(3), this notice of removal is filed within 30 days after receipt by Prospect Home Finance, through service of otherwise, of a copy of an amended pleading from which it may first be ascertained that the case is one which is or has become removable.

7. Prospect Home Finance removes this action under 28 U.S.C. § 1331, because this is a civil action arising under the Constitution, laws, or treaties of the United States.

8. In accordance with 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served—here, only Prospect Home Finance—join in or consent to the removal of this action.

9. As required by 28 U.S.C. § 1446(d), Prospect Home Finance will promptly give written notice of this notice of removal to all adverse parties and will file a copy thereof with the clerk of the Eleventh Judicial Circuit.

Dated: February 9, 2022                     TOTH FUNES PA

                                                  s/Brian W. Toth
                                                  Brian W. Toth
                                                  Florida Bar No. 57708
                                                  btoth@tothfunes.com
                                                  Freddy Funes
                                                  Florida Bar No. 87932
                                                  ffunes@tothfunes.com
                                                  201 South Biscayne Boulevard, 28th Floor
                                                  Miami, Florida 33131
                                                  Telephone: (305) 717-7850

                                                  *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I certify that on February 9, 2022, I filed this document with the Clerk of Court using CM/ECF, and that I electronically filed this document with the Florida Courts e-Filing Portal, which will serve it by e-mail on cbl44@jud11.flcourts.org and on all counsel on the Service List below.

                                                  s/Brian W. Toth

## SERVICE LIST

| | |
|---|---|
| Manuel S. Hiraldo | Michael Eisenband |
| mhiraldo@hiraldolaw.com | meisenband@eisenbandlaw.com |
| HIRALDO P.A. | EISENBAND LAW, P.A. |
| 401 E. Las Olas Boulevard, Suite 1400 | 515 E. Las Olas Boulevard, Suite 120 |
| Fort Lauderdale, Florida 3301 | Fort Lauderdale, Florida 33301 |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

3