UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-20417-GAYLES/TORRES

AMINNETTE GARCIA-CORTEZ
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

PROSPECT HOME FINANCE, INC,

      Defendant.

_____/

## ORDER ON ENTRY OF DEFAULT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Default (the "Motion") [ECF No. 24]. The Court has reviewed the Motion and the record and is otherwise fully advised.

On April 27, 2022, the Court entered an Order staying these proceedings and ordering Defendant to obtain new counsel. [ECF No. 18]. As of the June 1, 2022, Telephonic Status Conference which the Court scheduled, Defendant has failed to obtain new counsel. Because Defendant is a corporation, it is required to be represented by counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A Default is entered against Defendant Prospect Home Finance, Inc.

2. Plaintiff shall file a Motion for Class Certification and Final Default Judgment with respect to Defendant, in writing, duly supported by affidavits and other documentation and a proposed final order, within ninety (90) days from this Order being entered. Plaintiff's Motion for Class Certification and Final Default

Judgment shall be served upon Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of June, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE